IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3005 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TERRELL WILKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue trial, (filing no.19), because counsel needs time to review and consider discovery material. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.

IT IS ORDERED:

1) Defendant Terrell Wilkins' motion to continue, (filing no.19), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on May 2, 2011 for a duration of five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds the ends of justice and purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and May 2, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 18th day of March, 2011.                BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge