IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TERRELL WILKINS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 45) is denied.

Dated November 8, 2013.

                                                          BY THE COURT:

                                                          *Richard G. Kopf*
                                                          Senior United States District Judge