IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3005 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| TERRELL WILKINS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 48) is denied.

Dated December 17, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge