IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:11CR3005 |
| v. | ) ) | |
| TERRELL WILKINS, | ) ) | ORDER |
| Defendant. | ) ) ) | |

The defendant has filed an incomplete Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (filing no. 61). Accordingly,

IT IS ORDERED that:

(1) The Defendant shall file a complete 2255 motion no later than December 4, 2016. That is, the motion must be actually received by the Clerk's office on the foregoing date.

(2) In particular, the defendant shall fill out the case caption, questions 1 through 11, and the defendant shall clearly state the grounds for relief. (In filing no. 61, the defendant has not asserted any ground for relief. See for example paragraph 12.)

(3) Failure to comply with this order may result in dismissal with or without prejudice.

(4) The Clerk of Court shall send a copy of this order and AO Form 243 to the defendant.

DATED this 4th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge