IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL WILKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned is in receipt of a letter from the defendant.

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's letter as a motion.

(2) Counsel for the plaintiff and the probation officer shall respond to the motion on or before June 16, 2017.

DATED this 6th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge