IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL WILKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for extension of time (filing no. 69) is granted. Counsel for the plaintiff and the probation officer shall respond to the defendant's motion (filing no. 66) on or before June 30, 2017.

DATED this 15th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge